**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**

In Re:   CARLA S PRATHER                                     Case No.: 09-35115

         Debtor(s)

---

**CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT**

Tom Vaughn, Chapter 13 Trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 U.S.C § 1302(b)(1). The trustee declares as follows:

1) The case was filed on 09/22/2009.

2) This case was confirmed on 11/05/2009.

3) The plan was modified by order after confirmation pursuant to 11 U.S.C. § 1329 on NA.

4) The trustee filed action to remedy default by the debtor in performance under the plan on 09/13/2010.

5) The case was dismissed on 01/06/2011.

6) Number of months from filing to the last payment: 12

7) Number of months case was pending: 19

8) Total value of assets abandoned by court order: NA

9) Total value of assets exempted: $     7,200.00

10) Amount of unsecured claims discharged without payment $      .00

11) All checks distributed by the trustee to this case have cleared the bank.

**UST Form 101-13-FR-S(9/01/2009)**

**Receipts:**

| | |
|---|---:|
| Total paid by or on behalf of the debtor | $ 2,996.00 |
| Less amount refunded to debtor | $ .00 |
| **NET RECEIPTS** | $ 2,996.00 |

**Expenses of Administration:**

| | |
|---|---:|
| Attorney's Fees Paid through the Plan | $ 2,664.49 |
| Court Costs | $ .00 |
| Trustee Expenses and Compensation | $ 181.51 |
| Other | $ .00 |
| **TOTAL EXPENSES OF ADMINISTRATION** | $ 2,846.00 |
| Attorney fees paid and disclosed by debtor | $ 51.00 |

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---:|---:|---:|---:|---:|
| CAPITAL ONE AUTO FIN | SECURED | 5,850.00 | 7,550.00 | 7,550.00 | 150.00 | .00 |
| CAPITAL ONE AUTO FIN | UNSECURED | 5,233.00 | 4,784.38 | 4,784.38 | .00 | .00 |
| ACCOUNT MANAGEMENT S | UNSECURED | 75.00 | 597.11 | 597.11 | .00 | .00 |
| ADVOCATE HEALTH CTR | UNSECURED | 20.00 | NA | NA | .00 | .00 |
| ALABAMA STATE UNIVER | UNSECURED | 1,852.04 | NA | NA | .00 | .00 |
| ALBERT SPEISMAN & AS | UNSECURED | 3,519.55 | NA | NA | .00 | .00 |
| ST MARGARET MERCY ME | UNSECURED | 137.00 | NA | NA | .00 | .00 |
| ST MARGARET MERCY ME | UNSECURED | 89.00 | NA | NA | .00 | .00 |
| APPLIED BANK | UNSECURED | 859.00 | NA | NA | .00 | .00 |
| JEFFERSON CAPITAL SY | UNSECURED | 660.67 | 589.67 | 589.67 | .00 | .00 |
| CHARTER ONE | UNSECURED | 215.73 | NA | NA | .00 | .00 |
| ASSOC ST JAMES RADIO | UNSECURED | 69.00 | NA | NA | .00 | .00 |
| SOUND & SPIRIT CLUB | UNSECURED | 31.00 | NA | NA | .00 | .00 |
| BLUE CROSS BLUE SHIE | UNSECURED | 22.50 | NA | NA | .00 | .00 |
| CAPITAL ONE AUTO FIN | UNSECURED | 5,233.00 | NA | NA | .00 | .00 |
| CCSI | UNSECURED | 13.00 | NA | NA | .00 | .00 |
| CHARLES AMENTA | UNSECURED | 20.00 | NA | NA | .00 | .00 |
| CITY OF CHICAGO DEPT | UNSECURED | 500.00 | 1,337.00 | 1,337.00 | .00 | .00 |
| COMMUNITY HEALTHCARE | UNSECURED | 486.51 | NA | NA | .00 | .00 |
| CONSULTANT IN PATHOL | UNSECURED | 58.50 | NA | NA | .00 | .00 |
| COUNTRY CLUB HILLS P | UNSECURED | 40.00 | NA | NA | .00 | .00 |
| COMCAST/CHICAGO | UNSECURED | 613.00 | NA | NA | .00 | .00 |
| ECHO LTD | UNSECURED | 175.00 | NA | NA | .00 | .00 |

**UST Form 101-13-FR-S(9/01/2009)**

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---:|---:|---:|---:|---:|
| NEUROLOGY SPECIALIST | UNSECURED | 214.00 | NA | NA | .00 | .00 |
| E PALOYAN MD SC ASSO | UNSECURED | 1,112.00 | NA | NA | .00 | .00 |
| EMERGENCY CARE HEALT | UNSECURED | 209.00 | NA | NA | .00 | .00 |
| ST MARGARET MERCY HE | UNSECURED | 75.00 | NA | NA | .00 | .00 |
| ILLINOIS DEPT OF EMP | UNSECURED | 1,293.00 | NA | NA | .00 | .00 |
| INTERNAL REVENUE SER | UNSECURED | 70.00 | 1,279.82 | 1,279.82 | .00 | .00 |
| ILLINOIS STUDENT ASS | UNSECURED | 7,498.00 | 24,608.39 | 24,608.39 | .00 | .00 |
| ISAC | UNSECURED | 7,498.00 | NA | NA | .00 | .00 |
| ISAC | UNSECURED | 7,057.00 | NA | NA | .00 | .00 |
| ISAC | UNSECURED | 2,498.00 | NA | NA | .00 | .00 |
| IVANHOE DENTAL GROUP | UNSECURED | 42.80 | NA | NA | .00 | .00 |
| JACKSON HEWITT | UNSECURED | 280.00 | NA | NA | .00 | .00 |
| PATIENTS 1ST ER MED | UNSECURED | 330.00 | 330.00 | 330.00 | .00 | .00 |
| LIGHTYEAR ALLIANCE | UNSECURED | 350.00 | 303.63 | 303.63 | .00 | .00 |
| LINEBARGER GOGGAN BL | UNSECURED | 78.94 | NA | NA | .00 | .00 |
| MUNSTER MEDICAL RESE | UNSECURED | 487.00 | NA | NA | .00 | .00 |
| BECKER DENTAL COMPAN | UNSECURED | 126.00 | NA | NA | .00 | .00 |
| MUNSTER RADIOLOGY GR | UNSECURED | 34.00 | 34.00 | 34.00 | .00 | .00 |
| NATIONAL LOUIS UNIVE | UNSECURED | 1,005.00 | NA | NA | .00 | .00 |
| SBC | UNSECURED | 589.94 | NA | NA | .00 | .00 |
| NICOR GAS | UNSECURED | 2,974.00 | NA | NA | .00 | .00 |
| MBI ST MARG MERCY ER | UNSECURED | 64.00 | NA | NA | .00 | .00 |
| PLAINS COMMERCE BANK | UNSECURED | 414.00 | NA | NA | .00 | .00 |
| QUIST LORI LAW OFFIC | UNSECURED | 5,500.00 | NA | NA | .00 | .00 |
| RICHARD P KOMYATTE & | UNSECURED | 330.00 | NA | NA | .00 | .00 |
| ST MARGARET MERCY | UNSECURED | 4,698.42 | NA | NA | .00 | .00 |
| ST MARGARET MERCY ME | UNSECURED | 75.00 | 226.00 | 226.00 | .00 | .00 |
| ST JAMES HOSPITAL & | UNSECURED | 75.00 | NA | NA | .00 | .00 |
| ST MARGARET MERCY HE | UNSECURED | 226.00 | NA | NA | .00 | .00 |
| TRINITY LUTHERAN SCH | UNSECURED | 2,200.00 | NA | NA | .00 | .00 |
| TRS RECOVERY SERVICE | UNSECURED | 316.91 | NA | NA | .00 | .00 |
| UNIVERSITY OF KENTUC | UNSECURED | 600.00 | NA | NA | .00 | .00 |
| WELLGROUP HEATLTHPAR | UNSECURED | 2,500.00 | NA | NA | .00 | .00 |
| NORTH STAR CAPITAL A | UNSECURED | 414.00 | 414.31 | 414.31 | .00 | .00 |
| MIKE BUDER & ASSOCIA | OTHER | .00 | NA | NA | .00 | .00 |
| LUCAS HOLCOMB MEDREA | UNSECURED | NA | 486.51 | 486.51 | .00 | .00 |

**UST Form 101-13-FR-S(9/01/2009)**

```
================================================================
 Summary of Disbursements to Creditors:

                                       Claim        Principal        Int.
                                       Allowed       Paid            Paid
 Secured Payments:
     Mortgage Ongoing                     .00          .00            .00
     Mortgage Arrearage                   .00          .00            .00
     Debt Secured by Vehicle         7,550.00       150.00            .00
     All Other Secured                    .00          .00            .00
 TOTAL SECURED:                      7,550.00       150.00            .00

 Priority Unsecured Payments:
     Domestic Support Arrearage           .00          .00            .00
     Domestic Support Ongoing             .00          .00            .00
     All Other Priority                   .00          .00            .00
 TOTAL PRIORITY:                          .00          .00            .00

 GENERAL UNSECURED PAYMENTS:        34,990.82          .00            .00
================================================================
```

```
================================================================
 Disbursements:

     Expenses of Administration    $    2,846.00
     Disbursements to Creditors    $      150.00

 TOTAL DISBURSEMENTS:                            $    2,996.00
================================================================
```

12)    The trustee certifies that, pursuant to Federal Rule of Bankruptcy Procedure 5009, the estate has been administered, the foregoing summary is true and complete, and all administrative matters for which the trustee is responsible have been completed. The trustee requests a final decree be entered that discharges the trustee and grants such other relief as may be just and proper.

Dated:   04/28/2011                    /s/ Tom Vaughn
                                       Tom Vaughn, Chapter 13 Trustee

**STATEMENT**   : This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R § 1320. 4(a)(2) applies.

**UST Form 101-13-FR-S(9/01/2009)**